**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

KENNETH OLSEN

    Plaintiff,

v.

OWNERS INSURANCE COMPANY

    Defendant.

---

**NOTICE OF REMOVAL OF CIVIL ACTION**

---

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Owners Insurance Company, ("Owners"), through its counsel Zupkus & Angell, P.C., hereby removes to this Court the above-captioned action and all claims filed therein, originally filed in the District Court for Denver County, Colorado, Case Number 2018CV32009. The statutory bases for the exercise of jurisdiction by this Court are 28 U.S.C. §§ 1332 and 1441. This removal is based upon diversity of citizenship jurisdiction.

1.    On May 30, 2018, Kenneth Olsen ("Plaintiff") filed a Complaint and Jury Demand ("Complaint") in the District Court of Denver County Colorado ("State Court Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2.    Plaintiff also filed a District Court Civil Case Cover Sheet for Initial Pleading of Complaint ("Civil Case Cover Sheet"). A true and correct copy of the Civil Case Cover Sheet is attached hereto as **Exhibit B**.

3. The Civil Case Cover Sheet indicates that Plaintiff is pleading in pursuit of "a monetary judgment over $100,000." **Exhibit B**, Civil Case Cover Sheet, p. 2.

4. Owners Insurance Company, an Ohio corporation, was served with the Complaint on May 31, 2018. A true and correct copy of the return of service is attached hereto as **Exhibit C**. The Division of Insurance serves as the registered agent for Defendant Owners Insurance Company.

5. This Notice of Removal of Civil Action is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure, in that this removal is sought within 30 days of the date of service of the Complaint by which it was disclosed the amount in controversy exceeds the statutory requirement of $75,000.

6. The State Court Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and may be removed pursuant to 28 U.S.C. § 1441(a).

7. Because Plaintiff and Defendant reside in different states, complete diversity exists, as required for diversity jurisdiction. According to the Complaint, Plaintiff is a resident of the State of Colorado, and thus a citizen of Colorado. *See* Complaint, ¶ 1 & pg. 8. Owners is incorporated in Ohio where it also has its principal place of business. A true and correct copy of the Colorado Secretary of State Summary for Owners, is attached hereto as **Exhibit D**. Therefore, Owners is a citizen of Ohio pursuant to 28 U.S.C. § 1332(c)(1). Complete diversity of citizenship existsbetween the parties pursuant to 28 U.S.C. § 1332(a).

8. The damages Plaintiff is seeking allegedly stem from injuries he suffered due to a motor vehicle accident. *See* **Exhibit A**, Complaint, ¶¶ 5-10. By way of settlement, Plaintiff

received $25,000.00 from the tortfeasor's insurance company, which allegedly was the limit of the tortfeasor's relevant insurance policy. *Id.* at ¶¶ 11, 20, 22, and 24

9. Plaintiff alleges the damages he sustained exceeded $25,000.00, the amount available from the tortfeasor's insurer. *Id.* at ¶ 21.

10. At the time of the motor vehicle accident, Plaintiff alleges he "was covered through [his employer's] uninsured/under-insured policy" issued by Owners *Id.* at ¶ 29.

11. The Complaint asserts that Owners delayed and failed to pay uninsured/under-insured motorist benefits and failed to pay for undisputed medical bills. *Id*. at ¶ 64-65.

12. Plaintiff seeks damages he has incurred, including "significant medical bills and other expenses, pain, suffering, loss of enjoyment of life, loss of earnings and earning capacity, permanency, physical impairment, and disability." *Id.* at ¶ 73.

13. In addition, Plaintiff alleges that Owners breached its contract, unreasonably delayed and denied insurance benefits, and acted in bad faith, as a result of which Plaintiff seeks three times the amount of actual damages he has allegedly sustained (breach of contract damages, plus "two times the covered uninsured motorist benefits plus reasonable attorney's fees and court costs" – *i.e.*, effective treble damages). *Id.* at ¶¶ 69-83.

14. Thus, Plaintiff alleges that the amount in controversy substantially exceeds the $75,000 minimum requirement of 28 U.S.C. § 1332(a).

15. Venue is proper in this district because the removed action has been pending in the State of Colorado. **Exhibit E**, Docket for Denver County District Court Case Number 2018CV32009.

16. This Notice is filed pursuant to 28 U.S.C. § 1446. In compliance with 28 U.S.C. § 1446(d), Owners will promptly file a copy of this Notice with the Clerk of the District Court for Denver County, Colorado, and will give written notice of this removal to the Plaintiff.

Wherefore, Owners Insurance Company respectfully requests that the State Court Action be removed to this Court, and that no further proceedings relating to this matter be permitted in the courts of the state of Colorado.

Respectfully submitted on this 29th day of June 2018.

**ZUPKUS & ANGELL, P.C.**

By: s/ *Kristi Ann Lush*
Kristi Ann Lush
Steven E. Phillips
Zupkus & Angell, P.C.
789 Sherman Street, Suite 500
Denver, CO 80203
klush@zalaw.com
sphillips@zalaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June 2018, I served the forgoing **NOTICE OF REMOVAL OF CIVIL ACTION** via electronic transmission, CM/ECF electronic notification, addressed to the following:

DezaRae D. LaCrue, Esq.
Dylan C. Unger, Esq.
Franklin D. Azar & Associates, P.C.
14426 East Evans Ave.
Aurora, CO 80014
lacrued@fdazar.com
ungerd@fdazar.com
*Counsel for Plaintiff*

s/ *Melissa Bourassa*