IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:      Tammy Hoffschildt | Date:   June 28, 2022 |

**CASE NO.    18-cv-01665-RM-NYW**

| | |
|---|---|
| KENNETH OLSEN, | Dylan Unger<br>Erica Vecchio |
| Plaintiff, | |
| v. | |
| OWNERS INSURANCE COMPANY, | Evan Stephenson<br>Hannah McCalla |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 2**
**Court in session:   8:31 a.m.    Jury panel is not present.**

Preliminary remarks made by the Court.

Discussion held regarding exhibits to be used during Dr. Boyd's testimony.   Individual notebooks have been provided for the jury and will be collected after Dr. Boyd's testimony.

Discussion held and argument given regarding the testimony of medical treatment providers.

**8:37 a.m.     Jury is present.**

The Court advises the jury that the next witness will be by video teleconference (VTC) and that exhibit notebooks have been provided for that witness's testimony.

8:39 a.m.      Plaintiff's witness, William Boyd, M.D., is present by VTC, sworn and
                       examined by Mr. Unger.
                       Witness is offered and accepted as an expert in the field of
                       neuropsychology and will be allowed to offer opinions in that field.

| | |
|---|---|
| 9:17 a.m. | Cross-examination of William Boyd, M.D., by Ms. McCalla.<br>Exhibits admitted:   Defendant's Exhibit A14, A7, A6, A74, A17, A34. |
| 9:51 a.m. | Redirect examination of William Boyd, M.D., by Mr. Unger. |
| 9:56 a.m. | Witness is excused. |
| 9:59 a.m. | Plaintiff's witness, Kenneth Olsen, previously sworn, resumes the stand and is further examined by Mr. Unger.<br>Exhibits used:       Plaintiff's Exhibit 13.<br>Exhibits admitted:   Defendant's Exhibit A80. |

**10:11 a.m.    Jury is excused.**

**Court in recess:     10:12 a.m.**
**Court in session:    10:32 a.m.**

**10:33 a.m.    Jury is present.**

Cross-examination of Kenneth Olsen by Ms. McCalla.
Exhibits used:       Plaintiff's Exhibit 3; Defendant's Exhibit A14, A4.
Exhibits admitted:   Defendant's Exhibit A8, A10, A61, A81, A64; Plaintiff's Exhibit 8.
Witness is given the original transcript of his deposition taken on November 9, 2020.

| | |
|---|---|
| 11:50 a.m. | Redirect examination of Kenneth Olsen by Mr. Unger.<br>Exhibits used:       Defendant's Exhibit A64.<br>Exhibits admitted:   Plaintiff's Exhibit 1. |
| 11:57 a.m. | Witness is excused. |

**Jury is excused.**

**Court in recess:     11:58 a.m.**
**Court in session:    1:15 p.m.**

**1:17 p.m.    Jury is present.**

| | |
|---|---|
| 1:18 p.m. | Plaintiff's witness, Roberta Anderson-Oeser, M.D., is sworn and examined by Ms. Vecchio.<br>Witness is offered and accepted as an expert in physical medicine and rehabilitation and will be allowed to offer opinions in that field. |
| 1:55 p.m. | Cross-examination of Roberta Anderson-Oeser, M.D., by Ms. McCalla.<br>Exhibits used:       Defendant's Exhibit A10, A4, A61.<br>Exhibits admitted:   Defendant's Exhibit A59. |

| | |
|---|---|
| 2:21 p.m. | Redirect examination of Roberta Anderson-Oeser, M.D., by Ms. Vecchio.<br>Exhibits admitted:   Defendant's Exhibit A15. |
| 2:28 p.m. | Witness is excused. |
| 2:29 p.m. | Plaintiff's witness, Nicholas Zeman, is sworn and examined by Ms. Vecchio.<br>Exhibits admitted:   Defendant's Exhibit A1, A45, A62, A63, A26, A35. |

**3:13 p.m.     Jury is excused.**

**Court in recess:**     3:13 p.m.
**Court in session:**    3:32 p.m.

**3:33 p.m.     Jury is present.**

Continued direct examination of Nicholas Zeman by Ms. Vecchio.
Exhibits admitted:   Defendant's Exhibit A46.
Witness is given the original transcript of his deposition taken on January 25, 2019.

| | |
|---|---|
| 3:52 p.m. | Cross-examination of Nicholas Zeman by Mr. Stephenson.<br>Exhibits admitted:   Defendant's Exhibit A2, A25<br>Exhibits used:       Defendant's Exhibit A26, A74, A35, A6, A8, A10. |

**4:54 p.m.     Jury is excused.**

Discussion held regarding jury instructions.

**Court in recess:**          4:55 p.m.
**Total in court time:**      6:47
**Trial continued.**